UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MAR 02 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:21-cr-0065 JRS -DML |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| TAYVEON MAJORS, and | ) | -01 |
| JAYVEON MAJORS, | ) | -02 |
| | ) | |
| Defendants. | ) | |

**INDICTMENT**

The Grand Jury charges that

COUNT 1
18 U.S.C. § 922(u); 18 U.S.C. § 2
Theft of Firearms from a Federal Firearms Licensee

On or about January 22, 2021, within the Southern District of Indiana, TAYVEON MAJORS and JAYVEON MAJORS, the defendants herein, did knowingly did knowingly steal or unlawfully take or carry away from 500 Guns, a Federal Firearms Licensee (FFL) licensed to engage in the business of dealing in firearms, the following firearms: Smith & Wesson Model 27-2 .357 magnum revolver; High Standard Model Sport King .22 caliber pistol; Smith & Wesson Model 28-2 .357 magnum revolver; Colt Model Match Target .22 caliber pistol; SDS Lynx-12 12 gauge shotgun; High Standard Model Sport King .22 caliber pistol; Winchester Model 1500 12 gauge shotgun; Smith & Wesson Model 41 .22 caliber pistol; Smith & Wesson Model 17-2, .22 caliber revolver; CZ American 527 7.62x39mm rifle, all in 500 Guns' business inventory that have been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(u) and 2.

FORFEITURE

1. The allegations in Count 1 of this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of the offense set forth in Count 1, TAYVEON MAJORS and JAYVEON MAJORS, the defendants herein, shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the offense of which they are convicted.

A TRUE BILL:

[redacted]

FOREPERSON

JOHN E. CHILDRESS
Acting United States Attorney

By:

William L. McCoskey
Assistant United States Attorney